IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 17-520 |
| DEBRA E. BRANHAM, | : | |
| *Defendant*. | : | |

### ORDER

**AND NOW**, this 2nd day of June, 2017, upon consideration of the Government's Motion for Service by Posting Property and Certified Mail and its Affidavit in support thereof (Doc. No. 2), and it appearing to the satisfaction of the Court that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collections, **it is hereby ORDERED** that:

1. The Government's Motion (Doc. No. 2) is **GRANTED;**

2. The Summons and Complaint in Enforced Collections shall be served on the Defendant by the Government or its agent by posting a copy of the Summons and Complaint in Enforced Collections on the property of the Defendant's last known addresses and by regular and certified mail to the Defendant's last known addresses of 237 East Walnut Park Drive, Philadelphia, PA 19120 and 1537 South 31st Street, Philadelphia, PA 19146; and

3. Service shall be completed upon posting or upon mailing, whichever occurs later.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1