# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-00520

Sheriff's Sale Date: _____

V.

DEBRA E. BRANHAM, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS & COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DEBRA E. BRANHAM the above process on the 7 day of June, 2017, at 10:50 o'clock, A.M., at 1537 S. 31st Street Philadelphia, PA 19146, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_____   )
                                  ) SS:
County of _Berks_____             )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158199
Case ID #: 4906890

Subscribed and sworn to before me this _9_ day of _June_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>DEBRA E. BRANHAM, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-00520<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS & COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DEBRA E. BRANHAM the above process on the 7 day of June, 2017, at 11:55 o'clock, A M, at 237 EAST WALNUT PARK DRIVE PHILADELPHIA, PA 19120, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of _Pa_

County of _Berks_    ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158199
Case ID #: 4906890

Subscribed and sworn to before me
this _9_ day of _June_, 20_17_.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO-BA

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6464-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808750527<br>9171999991703808750527 | ■ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750534<br>9171999991703808750534 | BRANHAM, DEBRA E.<br>1537 S. 31st Street<br>Philadelphia, PA 19146 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750541<br>9171999991703808750541 | BRANHAM, DEBRA E.<br>237 East Walnut Park Drive<br>Philadelphia, PA 19120 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750824<br>9171999991703808750824 | ■ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750831<br>9171999991703808750831 | ■ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750848<br>9171999991703808750848 | ■ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750855<br>9171999991703808750855 | ■ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750862<br>9171999991703808750862 | ■ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703808750879<br>9171999991703808750879 | ■ | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| Page Totals | 9 | | 18.72 | 43.65 | | | 62.37 |
| Cumulative Totals | 9 | | 18.72 | 43.65 | | | 62.37 |

USPS Manifest Mailing System  Page 2

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6464-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808750886<br>9171999991703808750886 | ▮ | <br>ERR<br>C | 2.080 | <br>1.40<br>3.45 | | | 6.93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 1 | | 2.08 | 4.85 | | | 6.93 |
| Cumulative Totals | 10 | | 20.80 | 48.50 | | | 69.30 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C   Certified
ERR Return Receipt



Name and Address of Sender
**KML LAW GROUP, P.C.**
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☐ Registered
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W  $ 002.70
0001391829 JUN 07 2017

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | TO DEBRA BRANHAM<br>BRANHAM, DEBRA E.<br>1537 S. 31st Street<br>Philadelphia, PA 19146 | | | | | | | | | | | |
| 3. | | TO DEBRA BRANHAM<br>BRANHAM, DEBRA E.<br>237 East Walnut Park Drive<br>Philadelphia, PA 19120 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 2
Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)  300-Brittni Augustin

See Privacy Act Statement on Reverse

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)   Sale Date:

USA-158199   Philadelphia County

DEBRA E. BRANHAM